NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

12-1036 consolidated with 12-1035

RALPH COLEMAN, ET AL.

VERSUS

JERRY GROSHANS, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DIV. J, NO. C-20046153 C/W C-20046151
HONORABLE KRISTIAN DENNIS EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, James T. Genovese, and Shannon J. Gremillion, Judges.

AFFIRMED.

Lee Ann Archer
Law Office of Lee A. Archer
1225 Rustic Lane
Lake Charles, LA   70605
COUNSEL FOR PLAINTIFFS-APPELLANTS:
    Ralph Coleman
    Dejuana Hightower

**Mark Gerard Artall**
**Attorney at Law**
**109 S. College Road**
**Lafayette, LA 70503**
**(337) 233-1777**
**COUNSEL FOR PLAINTIFFS-APPELLANTS:**
    **Ralph Coleman**
    **Dejuana Hightower**

**William Compton Helm**
**Helm & Jacobs, LLC**
**4336 North Blvd., Suite 200**
**Baton Rouge, LA 70806**
**(225) 767-9974**
**COUNSEL FOR DEFENDANT-APPELLEE:**
    **Jerry Groshans d/b/a J&L Trucking Co.**

**Donald Russell Smith**
**Attorney at Law**
**6777 Jefferson Hwy**
**Baton Rouge, LA 70806**
**(225) 926-0770**
**COUNSEL FOR DEFENDANT-APPELLEE:**
    **Progressive Security Insurance Co.**

**PICKETT, Judge.**

For the reasons assigned in *Coleman v. Landry*, 12-1035 (La.App. 3 Cir. __/__/__), the judgment of the trial court is affirmed. Costs of this appeal are assessed to Ralph Coleman and Dejuana Hightower.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.